FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 20, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HANNAH J. CAMYN, a single woman,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON STATE COMMUNITY COLLEGE DISTRICT 17, COMMUNITY COLLEGES OF SPOKANE, an agency of the State of Washington, DEBBIE JOHNSON, in her Individual and Official Capacity and JOHN AND JANE DOES 1-10,<br><br>Defendants. | No.   2:22-cv-00021-SMJ<br><br>**ORDER ADOPTING STIPULATED PROTECTIVE ORDER** |

Pursuant to Federal Rule of Civil Procedure 26(c) and the parties' stipulation,

**IT IS HEREBY ORDERED**:

**1.** The parties' Stipulated Protective Order, **ECF No. 14**, is **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order.

//

//

//

ORDER ADOPTING STIPULATED PROTECTIVE ORDER – 1

1  //

2  //

3  //

4  //

5  **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 20th day of July 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge