FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 26, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HANNAH J. CAMYN, a single woman,<br><br>    Plaintiff,<br><br>    v.<br><br>WASHINGTON STATE COMMUNITY COLLEGE DISTRICT 17, COMMUNITY COLLEGES OF SPOKANE, an agency of the State of Washington, DEBBIE JOHNSON, in her Individual and Official Capacity and JOHN AND JANE DOES 1-10,<br><br>    Defendants. | No. 2:22-CV-00021-SAB<br><br>**ORDER DISMISSING PLAINTIFF'S FOURTH CAUSE OF ACTION WITH PREJUDICE** |

Before the Court is the parties' Stipulated Motion to Dismiss as to Plaintiff's Consumer Protection Act Claim, ECF No. 21. The parties stipulate and move the Court to dismiss Plaintiff's Fourth Cause of Action alleging violations of the Consumer Protection Act, with prejudice and without costs or attorney's fees to either party. Pursuant to the joint wishes of the parties, the Court finds good cause to dismiss the claim with prejudice.

//

//

//

**ORDER DISMISSING PLAINTIFF'S FOURTH CAUSE OF ACTION WITH PREJUDICE** *1

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss as to Plaintiff's Consumer Protection Act Claim, ECF No. 21, is **GRANTED**.

2. Plaintiff's Fourth Cause of Action for violation of the Consumer Protection Act is **DISMISSED with prejudice**, and without costs or attorney's fees to either party.

3. All other claims and causes of action remain unaffected.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 26th day of January 2023.



*Stanley A. Bastian* 
Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING PLAINTIFF'S FOURTH CAUSE OF ACTION WITH PREJUDICE *2**