FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 12, 2023

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HANNAH J. CAMYN, a single woman,<br>Plaintiff,<br>v.<br>WASHINGTON STATE COMMUNITY COLLEGE DISTRICT 17; COMMUNITY COLLEGES OF SPOKANE, an agency of the State of Washington; DEBBIE JOHNSON, in her Individual and Official Capacity; and JOHN AND JANE DOES 1–10,<br>Defendants. | No. 2:22-CV-00021-SAB<br><br>**ORDER OF DISMISSAL** |

Before the Court is the parties' Stipulation and Order of Dismissal as to Defendant Debbie Johnson, ECF No. 23, and Stipulation and Order of Dismissal as to Defendant State of Washington, Washington State Community College District 17, and Community Colleges of Spokane, ECF No. 24. The parties stipulate and request the Court dismiss this matter against Debbie Johnson, State of Washington, Washington State Community College District 17, and Community Colleges of Spokane with prejudice, and without costs to any party. Pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

Plaintiff's Complaint asserts claims against John and Jane Does 1–10. Barring unusual circumstances, "Doe pleading" is not permitted in this District or the Ninth Circuit. *Craig v. United States*, 413 F.2d 854, 856 (9th Cir. 1969), *cert. denied*, 396 U.S. 987 (1969); General Orders 84-37, 13-37-1.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation and Order of Dismissal as to Defendant Debbie Johnson, ECF No. 23, is **GRANTED**.

2. The parties' Stipulation and Order of Dismissal as to Defendant State of Washington, Washington State Community College District 17, and Community Colleges of Spokane, ECF No. 24, is **GRANTED**.

3. All claims and causes of action against Defendants in the above-captioned case are **DISMISSED, with prejudice**, and without costs to any party.

4. The trial date and any remaining pretrial deadlines are **STRICKEN** from the Court's calendar.

5. The Clerk of Court is directed to **CLOSE** the file.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 12th day of April 2023.



Stanley A. Bastian
Chief United States District Judge